
FILED

APR 29 2016

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| KX ENERGY, INC., a Virginia Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GREGORY PETER PANIS, NUTRITION EXPENSE CORPORATION, INC., a dissolved Oregon corporation, NUTRITION CLUBSTORES, INC., a dissolved Oregon corporation, and JOHN DOES 1-99,<br><br>Defendants. | No. CV 15-25-BU-SEH<br><br>ORDER |

On April 13, 2016, the Court entered judgment in this case in favor of Plaintiff, KX Energy, Inc., in the amount of $127,609.00, with post-judgment interest and allowable costs of suit.[1] On April 27, 2016, Plaintiff filed its Motion for Award of Attorneys' Fees.[2]

The Montana Supreme Court has recognized an equitable exception to the American Rule regarding attorneys' fees stating, "an award of attorney's fees in the absence of a contract or statutory basis will be narrowly applied, and will be

---

[1] Doc. 32.
[2] Doc. 35.

limited to those cases in which the prevailing party has been forced to defend against a frivolous or malicious action.[3]

In this case, Defendant, Gregory Peter Panis, filed two motions. First, a motion to dismiss,[4] and second, after default was entered,[5] an Affirmation in Opposition for Default Fed.R.Civ.P. 55(a).[6] Both were denied.[7] On April 13, 2016, Plaintiff was awarded the judgment as requested.[8]

Plaintiff has not demonstrated that it was forced to defend against frivolous or malicious actions by Defendants. No recovery of attorneys' fees is warranted.

ORDERED:

Plaintiff's Motion for Award of Attorney's Fees[9] is DENIED.

DATED this 29th day of April, 2016.

SAM E. HADDON
United States District Judge

---

[3] *El Dorado Heights Homeowners' Ass'n v. Dewitt*, 186 P.3d 1249, 1255 (Mont. 2008) (citing *Pankratz Farms, Inc. v. Pankratz*, 95 P.3d 671, 687 (Mont. 2004)).
[4] Doc. 14.
[5] Doc. 18.
[6] Doc. 22 (The Court construed the affirmation as a motion to set aside default, addressed it as such and denied it. (*See* Doc. 24)).
[7] Docs. 16 and 24.
[8] Doc. 32.
[9] Doc. 35.